IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| KENNETH McDANIEL, | ) | |
| | ) | Case No. CV-05-32-E-BLW |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the defendant's motion for summary judgment (Docket No. 21) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED: **November 13, 2006**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge